IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 08-0752 (RMU) |
| ) | |
| WATERBURY MASONRY & FOUNDATION, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF CHARLES MEHLER IN SUPPORT OF**
**SERVICE OF SUMMONS AND COMPLAINT**

Pursuant to 28 U.S.C. § 1746, I, **CHARLES V. MEHLER III**, hereby declare as follows:

1.   I am an associate with the firm of Dickstein Shapiro LLP and counsel to the Plaintiffs in the above-captioned case.

2.   On May 6, 2008, service of the Summons and Complaint in this action was made upon Waterbury Masonry & Foundation, Inc. by delivering said documents at 120 Commerce Court, Cheshire, CT 06410 upon Gina Misenti, authorized to accept service on behalf of Waterbury Masonry & Foundation, Inc.

3.   Proof of such service is provided by the Declaration of process server, Daniel Russbach, attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 6/9/08

_____
Charles V. Mehler III

**Exhibit A**

Case 1:08-cv-00752-RMU	Document 2-2	Filed 06/09/2008	Page 1 of 3

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN FLYNN, et al.,

    Plaintiffs,

V.

WATERBURY MASONRY & FOUNDATION, INC.,

    Defendant.

SUMMONS IN A CIVIL CASE

CASE N°

Case: 1:08-cv-00752
Assigned To : Urbina, Ricardo M.
Assign. Date : 4/30/2008
Description: Labor-ERISA

TO: (Name and address of Defendant)
Waterbury Masonry Foundation, Inc.
Gina Misenti
As Agent for Service of Process
120 Commerce Court
Cheshire, CT 06410

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ira R. Mitzner, Esquire
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, DC 20006-5403

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**    APR 30 2008

CLERK                             DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 05/06/2008 @ 12:50 P.M. |
| NAME OF SERVER (PRINT) Daniel Russbach | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: 120 Commerce Court, Cheshire CT. 06410

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  05/07/2008
            Date         *Signature of Server*

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009

*Address of Server*

\* Notice of Right to Consent to Trial Before United States Magistrate Judge

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Declaration of Charles Mehler in Support of Service of Summons and Complaint was served by first class mail, postage prepaid, this 9 day of June 2008, upon:

> Waterbury Masonry & Foundation, Inc.
> 120 Commerce Court
> Cheshire, CT 06410

_____
Chanda Morgan

2452661