CO 538
Rev. 12/07

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.,
_____
Plaintiff(s)

vs.                                                    Civil Action No. 08-0752 (RMU)

WATERBURY MASONRY & FOUNDATION, INC.,
_____
Defendant(s)

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __9th__ day of __June__, __2008__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) Waterbury Masonry & Foundation, Inc.
was [ ] (select one):

☑ personally served with process on __May 6, 2008__.

☐ served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):_____.

☐ served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.

☐ The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: __29 U.S.C. Section 1132 (e)(2)__.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)
☑ no extension has been given and the time for filing has expired
☐ although an extension has been given, the time for filing has expired;
and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]

Charles V. Mehler III
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
(202) 420-2200

475909
_____
Bar Id. Number                                         Name, Address and Telephone Number

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Affidavit in Support of Default was served by first class mail, postage prepaid, this 9 day of June 2008, upon:

Waterbury Masonry & Foundation, Inc.
120 Commerce Court
Cheshire, CT 06410


_____
Chanda Morgan

2452658