Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al

    Plaintiff(s)

V.

Civil Action No. 08-752 RMU

WATERBURY MASONRY & FOUNDATION, INC.

    Defendant(s)

RE: WATERBURY MASONRY & FOUNDATION, INC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on May 6, 2008, and an affidavit on behalf of the plaintiff having been filed, it is this 10th day of June, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: N. Wilkens
Deputy Clerk